1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9

10   ANGEL KEITH TOSCANO, JR.;              Case No.  1:13-cv-01987-LJO-SKO
     and COLE TOSCANO,

11                                          **ORDER GRANTING MOTION TO**
                    Plaintiffs,            **APPOINT GUARDIAN AD LITEM**

12
        v.                                  (Docket No. 8)

13
     CITY OF FRESNO, et al.,

14
                    Defendants.

15   _____/

16

17        On Friday, December 13, 2013, a motion to appoint a guardian ad litem was filed on behalf

18   of minor Plaintiff Cole Toscano.  (Doc. 8.)  The motion seeks to appoint Cole Toscano's mother,

19   Kimberly Henson, as his guardian ad litem.

20        Accordingly, IT IS HEREBY ORDERED that Kimberly Henson is appointed as the

21   guardian ad litem for Plaintiff Cole Toscano.

22
23
     IT IS SO ORDERED.
24

25   Dated:    **December 27, 2013**              **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE

26
27
28