# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANGEL KEITH TOSCANO, JR., STEVEN WADE TOSCANO, and COLE TOSCANO, et al, | CASE NO. 1:13-cv-01987-LJO-SKO |
| Plaintiffs, | **ORDER GRANTING MOTION TO APPOINT GUARDIAN AD LITEM** |
| vs. | |
| CITY OF FRESNO, et al, | |
| Defendants. | |

On May 5, 2014, a motion to appoint a guardian ad litem was filed on behalf of minor Plaintiff Steven Wade Toscano. (Doc. 18.) The motion seeks to appoint Steven Wade Toscano's mother, Kimberly Henson, as his guardian ad litem.

Accordingly, IT IS HEREBY ORDERED that Kimberly Henson is appointed as the guardian ad litem for Plaintiff Steven Wade Toscano.

IT IS SO ORDERED.

Dated:   **May 12, 2014**                               /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE

1