UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL KEITH TOSCANO, JR., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF FRESNO, a municipal corporation, et al, <br><br> Defendants. | **OLD LEAD CASE NO:** <br> **1:13-cv-01987 LJO-SKO** <br><br> **NEW LEAD CASE NO:** <br> **1:13-cv-01987 SAB** <br><br><br> **ORDER RE STIPULATION TO CONSENT TO TRANSFER ENTIRE CASE TO MAGISTRATE JUDGE BOONE FOR ALL PURPOSES** |
| ANTHONY KEITH TOSCANO, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF FRESNO, et al., <br><br> Defendants. | **OLD MEMBER CASE NO:** <br> **1:14-cv-00186 LJO-SKO** <br><br> **NEW MEMBER CASE NO:** <br> **1:14-cv-00186 SAB** <br><br> **ORDER RE STIPULATION TO CONSENT TO TRANSFER ENTIRE CASE TO MAGISTRATE JUDGE BOONE FOR ALL PURPOSES** |

Pursuant to the stipulation of the parties, Doc. 30, and 28 U.S.C. §636(c)(1), all parties have consented to the conduct before U.S. Magistrate Judge Stanley A. Boone of all further proceedings in these consolidated actions, including trial and entry of judgment.  Accordingly, this Court ASSIGNS these actions to U.S. Magistrate Judge Stanley A. Boone for all further purposes and proceedings. Further papers shall bear the new lead case number: **1:13-cv-01987 SAB.**

To avoid any future administrative confusion, the Clerk of Court is directed to perform this transfer as to both the lead case and the member case. The new member case number shall be: **1:14-cv-00186 SAB**. The parties are reminded to continue to file documents only in the lead case

1

U.S. District Judge Lawrence J. O'Neill will take no further action in this case. Law and motion, pretrial conference and trial dates will be reset before Magistrate Judge Boone as necessary.

IT IS SO ORDERED.

Dated: **May 30, 2014**     **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE