| | |
|---|---|
| 1 | MICHEAL GOLDBERG, SBN 53614 |
| | RUSSELL SAHLIN, SBN 152938 |
| 2 | GOLDBERG & IBARRA |
| | 925 N Street, Suite 130 |
| 3 | Fresno, CA  95321 |
| | Telephone:  (559) 264-4878 |
| 4 | Facsimile:   (559) 486-4878 |
| 5 | Attorneys for Plaintiffs, |
| | ANTHONY KEITH TOSCANO, JULIAN MATTHEW |
| 6 | TOSCANO, ANGEL INFINITY TOSCANO, and |
| | JIMMY LEE LONG, individually and as Successors- |
| 7 | In-interest to Angel Keith Toscano, deceased, by their |
| | Mother and Guardian Ad Litem, SYLVIA MORENO |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ANGEL KEITH TOSCANO, JR., Individually and as successor-in-interest to Angel Keith Toscano, deceased; STEVEN WADE TOSCANO, Individually and as successor-in-interest to Angel Keith Toscano, deceased, by their mother and Guardian Ad Litem, KIMBERLY HENSON; KIMBERLY HENSON as successor-in-interest to heir COLE TOSCANO, now deceased; ANTHONY KEITH TOSCANO, JULIAN MATTHEW TOSCANO, ANGEL INFINITY TOSCANO, and JIMMY LEE LONG, minors, by and through their Guardian Ad Litem, SYLVIA MORENO, | CASE NO. 1:13-cv-01987-SAB |
| Plaintiffs, | |
| vs. | SUBSTITUTION OF ATTORNEYS |
| CITY OF FRESNO, a municipal JERRY DYER, individually and in his Capacity as Chief of Police for the City of Frenso, OFFICER JAMES LYON; OFFICER KENNETH WEBB; and DOES 1 through 50, inclusive, | |
| Defendants. | |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

    Plaintiffs, ANTHONY KEITH TOSCANO, JULIAN MATTHEW TOSCANO, ANGEL INFINITY TOSCANO, and JIMMY LEE LONG, by and through their Guardian Ad Litem, SYLVIA MORENO, now elect to substitute in place of their counsel John L. Rozier, of law firm of Nelson & Rozier, the law firm of Goldberg & Ibarra, Attorneys Michael Goldberg.

    I consent to this substitution.

DATED:  7/22/14             /s/_____
                                     SYLVIA MORENO, as Guardian Ad Litem for ANTHONY KEITH TOSCANO, JULIAN MATTHEW TOSCANO, ANGEL INFINITY TOSCANO, and JIMMY LEE LONG
                                             (signature of party)

    I consent to this substitution.

DATED:  7/25/14             /s/_____
                                     JOHN L. ROZIER
                                     (signature of former attorney)

    I consent to this substitution.

DATED:  7/22/14             /s/_____
                                     MICHAEL GOLDERG
                                     (signature of new attorney)

IT IS SO ORDERED.

Dated:  **August 8, 2014**                  _____
                                           UNITED STATES MAGISTRATE JUDGE