# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL KEITH TOSCANO, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:13-cv-01987-SAB<br><br>ORDER REGARDING SUBSTITUTION OF COUNSEL<br><br>(ECF No. 31) |

On May 30, 2014, a substitution of attorney was filed by Plaintiffs Anthony Keith Toscano, Julian Matthew Toscano, Angel Infinity Toscano, and Jimmy Lee Long substituting attorney John L. Rozier for Martin Taleisnik. An order did not issue addressing the substitution of counsel. On August 7, 2014 a substitution of attorney was filed by these same plaintiffs substituting attorney Michael Goldberg for John L. Rozier. Based upon the notices of substitution of attorney that have been filed in this action, the Clerk's Office is hereby directed to terminate Mr. Taleisnik as attorney of record for Plaintiffs Anthony Keith Toscano, Julian Matthew Toscano, Angel Infinity Toscano, and Jimmy Lee Long.

IT IS SO ORDERED.

Dated:  **August 13, 2014**

UNITED STATES MAGISTRATE JUDGE

1