Bruce D. Praet, SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
BPraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL KEITH TOSCANO, JR., individually and as successor-in-interest to Angel Keith Toscano, deceased; COLE TOSCANO, individually, and as successor-in-interest to Angel Deith toscano, deceased, by his mother and Guardian Ad Litem, KIMBERLY HENSON, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF FRESNO, a municipal corporation; JERRY DYER, individually and in his capacity as Chief of Police for the City of Fresno; DOES 1 through 50, inclusive; and nominal defendants DOES 51 through 60, inclusive, <br><br> Defendants. | Case No. 1:13-cv-01987-SAB <br> Member Case: 1:14-cv-00186-SAB <br><br> **STIPULATION AND REQUEST TO VACATE SETTLEMENT CONFERENCE; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record and respectfully requested that the settlement conference date of May 28, 2015, originally set by the Court in the June 3, 2014, Scheduling Order [Doc. 33] be vacated.

1

The parties have already voluntarily participated in a private mediation with Attorney Lee Jacobsen on February 26, 2015. Although the first session of mediation was not successful, the parties have reserved the ability to return to mediation if it would appear beneficial as discovery in this matter continues.

As such, the parties respectfully request that the Court's settlement conference set for May 28, 2015, be taken off calendar so that the parties may continue with private mediation as appropriate.

DATED: May 14, 2015        FERGUSON, PRAET & SHERMAN
                            A Professional Corporation

                            By:   /s/ Bruce D. Praet
                                  Bruce D. Praet, Attorneys for Defendants

DATED: May 14, 2015        NELSON & ROZIER

                            By:   /s/ John L. Rozier
                                  John L. Rozier, Attorneys for Plaintiffs

DATED: May 14, 2015        GOLDBERG & IBARRA

                            By:   /s/ Adam Rushing
                                  Adam Rushing, Attorneys for Plaintiffs

The Settlement Conference of May 28, 2015, is vacated.

IT IS SO ORDERED.

Dated: **May 14, 2015**

                                                UNITED STATES MAGISTRATE JUDGE