1  JOHN L. ROZIER - SBN 103059
   NELSON & ROZIER
2  3924 West Caldwell Avenue, Suite A
   Visalia, CA  93277
3  Telephone: (559) 713-0159
   Facsimile: (559) 713-0166
4
   Attorneys for Plaintiffs,
5  ANGEL KEITH TOSCANO, JR., individually
   and as successor-in-interest to Angel
6  Keith Toscano, deceased;
   STEVEN WADE TOSCANO, individually and as
7  successor-in-interest to Angel Keith
   Toscano, deceased, by his mother and
8  Guardian Ad Litem, KIMBERLY HENSON;
   KIMBERLY HENSON as successor-in-interest
9  to heir COLE TOSCANO, now deceased

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12                         FRESNO DIVISION

13
   ANGEL KEITH TOSCANO, JR.,          )
14 individually and as successor-     ) CASE NO. 1:13-cv-01987-LJO-SKO
   in-interest to Angel Keith         )
15 Toscano, deceased; STEVEN WADE     ) (CONSOLIDATED WITH CASE NO. CV
   TOSCANO, individually and as       ) F 14-0186 LJO SKO)
16 successor-in-interest to Angel     )
   Keith Toscano, deceased, by his    )
17 mother and Guardian Ad Litem,      ) **DECLARATION OF EUGENE M.**
   KIMBERLY HENSON; KIMBERLY          ) **VANDERPOL IN OPPOSITION TO**
18 HENSON as successor-in-interest    ) **DEFENDANTS' MOTION FOR SUMMARY**
   to heir COLE TOSCANO, now          ) **JUDGMENT**
19 deceased; ANTHONY KEITH            )
   TOSCANO, JULIAN MATTHEW            )
20 TOSCANO, ANGEL INFINITY            )
   TOSCANO, and JIMMY LEE LONG,       )
21 minors, by and through their       )
   Guardian Ad Litem, SYLVIA          ) Date:  July 22, 2015
22 MORENO                             ) Time:  10:00 a.m.
                                      ) Courtroom:  9, 6th Floor
23      Plaintiffs,                   )
                                      )
24 vs.                                )
                                      ) Trial Date:  February 16, 2016
25                                    )
   CITY OF FRESNO, a municipal        )
26 corporation; JERRY DYER,           )

                                      1
NELSON & ROZIER
3924 W CALDWELL
SUITE A
VISALIA CA

         DECLARATION OF EUGENE M. VANDERPOL IN OPPOSITION
           TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

individually and in his                    )
capacity as Chief of Police for )
the City of Fresno; OFFICER        )
JAMES LYON; OFFICER KENNETH    )
WEBB; and DOES 1 through 50,     )
inclusive,                                        )
                                                      )
          Defendants.                   )

     I, EUGENE MICHAEL VANDERPOL, hereby declare and state as follows:

     Attached hereto as Exhibit 1 is a true and correct copy of my CV.

     Attached hereto as Exhibit 2 is a true and correct copy of my expert witness report concerning the above-captioned matter.  Each of these items is true and correct of my own personal knowledge.

     A review of the Automatic Vehicle Location data for the patrol car operated by Officer Lyon just prior to the accident indicates that as he was traveling southbound on North Glenn Avenue, he was traveling up to 43 mph.

     The physical evidence shows that the decedent, Mr. Toscano, was upright at approximately 90° when he was initially bumped by the patrol car operated by Officer Lyon.  Subsequent to this contact, Mr. Toscano fell to his right as the bicycle's rear tire left near vertical to near horizontal front bumper striations. This opinion is based upon the photographic evidence showing the vertical bike tire striations on the lower horizontal front bumper guard, vertical to near lateral striations on the bumper cover and

NELSON & ROZIER
3924 W CALDWELL
SUITE A
VISALIA CA

DECLARATION OF EUGENE M. VANDERPOL IN OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

lower front valance.

Further, just prior to being struck, the decedent, Mr. Toscano, was riding his bicycle down a narrow confined alley. The chase up and down Glenn Avenue and then down the alley to the point of impact, was a total distance of approximately 1,200 feet. I based this estimate on my review of all of the evidence in this case, specifically to include, satellite aerial and ground view images of the accident location, together with the testimony of Officer Lyon as to the route and distances driven.

I declare, under penalty of perjury, that the foregoing is true and correct of my own personal knowledge and that this declaration was executed this 6th day of July, 2015, at Carlsbad, California.

_____
Eugene M. Vanderpol

NELSON & ROZIER
3924 W CALDWELL
SUITE A
VISALIA CA

DECLARATION OF EUGENE M. VANDERPOL IN OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 1

# EUGENE MICHAEL VANDERPOL
## M.S.M.E., A.C.T.A.R., B.C.F.E., P.E.

7165 Obelisco Circle  •  La Costa, CA  92009
Phone: (760) 931-9100  •  FAX: (760) 931-9644
(Revised December 2014)

## EDUCATION & PROFESSIONAL CREDENTIALS

Master of Science, graduated December 1993. Mechanical Engineering Design with an emphasis in Biomechanics, San Diego State University. Recipient of Graduate Equity Fellowship for graduate research at San Diego State University. Research was in the specific field of Biomechanics and its engineering parameterization.

Bachelor of Science, graduated December 1991. Mechanical Engineering with an emphasis in Design/Biomechanics.  San Diego State University.

Licensed Professional Engineer (P.E.), October 1995. Mechanical Engineering licensure through examination by the Department of Consumer Affairs. License number M-29992.

Board Certified Forensic Examiner, July 1996. Diplomat of the American Board of Forensic Examiners. Areas of expertise Biomechanics and Accident Reconstruction.

Accredited, The Accreditation Commission for Traffic Accident Reconstruction (A.C.T.A.R.), January 1998. Recognition for academic achievement, completion of accident specific training, and applied experience in the field of Accident Reconstruction through examination.

Registered Emergency Medical Technician (N.R.E.M.T.), June 1998. Certified through the National Registry of Emergency Medical Technicians. Trained in evaluating the nature and extent of traumatic and/or medical conditions, as well as the administration of emergency pre-hospital medical care.

## PROFESSIONAL EXPERIENCE

Principal and Senior Consultant, Vanderpol & Associates Forensic Consulting, Inc., (7/98 to present)

- Private practice specializing in forensic Biomechanics, Accident Reconstruction, and Slip/trip-and-falls. Provide analyses and/or on-site investigations for both the plaintiff and the defense.
- Analyses are specific to the understanding of the human body's kinematic and kinetic responses to varying loading modes, thereby delineating the causal relationship between insult and injury.

Lecturer, Riverside Community College in conjunction with the Riverside County Sheriff's Department Training & Education Bureau: Biomechanics of Low Velocity Impacts. (10/00 to 8/03)

- Lecturer in the field of Biomechanical Engineering as related to low velocity impacts. Lectures incorporate basic anatomy, biomechanics, and human impact tolerance thresholds.
- Biomechanical coordinator of low-speed crash testing with human volunteers.  Participated as the "volunteer subject" in multiple frontal and rear-end automobile crash tests.

BIOMECHANICAL ENGINEERING      •      ACCIDENT RECONSTRUCTION      •      SLIP/TRIP AND FALLS

1

<u>Guest Lecturer/Speaker, University of California-Riverside College of Extended Studies: Biomechanics of Low Velocity Impacts, (4/98 to 2/01)</u>

- Courses involved Automotive Biomechanical Engineering as related to low velocity impacts. Student body consists of Medical Doctors, Chiropractors, and Accident Reconstructionists. Classes taught through the College of Extended Studies in the Traffic Accident Investigation and Reconstruction Program.
- Biomechanical coordinator of low-speed crash testing with human volunteers. Participated as the "volunteer subject" in multiple frontal and rear-end automobile crash tests.

<u>National Director of Biomechanical Engineering, Forensic Consultants, (10/94 to 7/98)</u>

- Director and Senior Engineer of a national forensic and research engineering team consisting of four full-time Mechanical and Biomedical Engineers. Supervise the dynamic testing of bumper absorber systems as well as bumper impact strengths. Coordination of two research offices (San Diego and New York) in regard to research data and analysis.
- Analysis of over a 1000 cases throughout the United States for both the plaintiff and the defense. Cases are specific to Accident Reconstruction, Slip/trip-and-falls, and/or Biomechanics.
- Forensic assignments range from delineating the biomechanical causality of injury with respect to occupant kinematics of varying bodily insults, to determination of velocity and perception/reaction time. Analyses of minor soft tissue sprain/strain injuries to significant whole-body trauma.

<u>U.S. Water-Ski Association and E.R.O Industries through San Diego State University, (8/90 to 10/94)</u>

- Empirically measured multi-axis biomechanical forces in relation to whole body kinematics and kinetics for aquatic injury. Analysis specific to muscle, ligament, and tendon strengths, as well as bone failure modes.
- Implementation of this project required collaboration with doctors and physicians in the area of biomechanics as well as other recognized experts in the study of mechanical causality of injury.

<u>Associate Advisor for the A.C.S. Heart Catheter Design Team S.D.S.U., (8/89 to 12/89)</u>

- Assisted and advised on a machine process to drill blood flow holes on ceramic heart catheters without fragmentation.
- Project required designing a unique high volume method to enable blood passage through in-vivo heart angioplasty surgery.

## ASSOCIATIONS & MEMBERSHIPS

- Accident Reconstruction Network
- Fellow, American College of Forensic Examiners Institute, #7342
- American Society of Mechanical Engineers, #4824660
- Association for the Advancement of Automotive Medicine
- Biomedical Engineering Society
- California Association of Accident Reconstruction Specialist
- Diplomate, American Board of Forensic Examiners, #4092
- Forensic Consultants Association
- Senior, National Academy of Forensic Engineers, #541
- National Association of Professional Accident Reconstruction Specialist
- National Forensic Center (1995-2000)
- National Society of Professional Engineers, #103540968
- Society of Automotive Engineers, #5787533044-A
- Southwest Association of Technical Accident Investigators

BIOMECHANICAL ENGINEERING     •     ACCIDENT RECONSTRUCTION     •     SLIP/TRIP AND FALLS

## PUBLICATIONS, EDITOR & PEER REVIEWER

- Biomechanics & the Human Spine; *MEDIGRAM*, Volume 73; October 1995.
- The Biomechanics of Cervical Injury; *MEDIGRAM*, Volume 74; November 1995.
- Trauma During Pregnancy; *MEDIGRAM*, Volume 82; December 1996.

Technical Editor/Peer Reviewer for THE FORENSIC EXAMINER®; *The Official Journal of the American College of Forensic Examiners*. Springfield, Missouri.

Evaluator for the Society of Automotive Engineers (SAE) *Technical Papers Transaction Selection Committee* for Accident Reconstruction and Body Research & Engineering. Warrendale, Pennsylvania.

## LECTURES BY INVITE

Approved Provider for The State Bar of California to grant Mandatory Continuing Legal Education (MCLE) credit; Topic: "Biomechanical Forensic Engineering and Accident Reconstruction Analysis." April 27, 2009 – April 26, 2011.

LORMAN Education Services; Topics: Biomechanical Evidence and Causation of Low Impact Injuries. September 10, 1999. Town & Country Convention Center; San Diego, California.

Sharp Memorial Hospital under the Accreditation Council for Continuing Medical Education (ACCME); TRAUMA JOURNAL CLUB ACTIVITY, Topic: "Biomechanics of Auto Accidents." Attendance: 20 Trauma Physicians. January 30, 1997. The Sharp Auditorium; San Diego, California.

AEGIS Institute; MEDICAL FRAUD INVESTIGATION, Topic: "Biomechanics of Automobile Accidents and Slip/Trip-and-Falls." Attendance: 120-140 Nurses and Physicians in the Forensic field. September 9-12, 1995. The Queen Mary; Long Beach, California.

Lectures & Presentations. Lecture throughout the United States in the field of Biomechanics as related to automobile accidents, slip/trip-and-falls, and accident reconstruction. Topics include the biomechanics of the carpal-tunnel, shoulder, knee, temporomandibular-joint (TMJ), soft tissue spinal kinetics and kinematics, whole body occupant kinematics, causation and mechanism of injury, baby seat performance, headlight examination, driver reaction time, visibility and perception, passenger seat belt, and compartmental interaction.

## RESEARCH & CRASH TESTING

- Jointly conducted approximately 150 human volunteer rear-end, frontal, and side/side-swipe impact tests, all with occupant parameterization.

- Extensive work in biomechanics, automotive design, structural static and dynamic design, metallic, non-metallic and composite materials.

- Continuing research and testing in the structural integrity of modern vehicle design, bumper compression strengths, occupant safety and the kinematic response of the human body.

  * Low Speed Crash Testing for Biomechanical Engineering Students at The University of California-Berkeley & Sacramento State University. Biomechanical coordinator of low-speed crash testing with human volunteers. Empirical rear-end, frontal, and side & side-swipe impact tests incorporating occupant/vehicle parameterization using accelerometer/video data. June 9, 2000. Concord, California.

* University of California-Riverside. Biomechanical coordinator of low-speed crash testing with human volunteers. Empirical rear-end and frontal impact tests incorporating occupant/vehicle parameterization. October 27, 1999. Riverside, California.

* University of California-Riverside. Biomechanical coordinator of low-speed crash testing with human volunteers. Empirical rear-end, frontal, and side/side-swipe impact tests incorporating occupant/vehicle parameterization. April 29, 1998. Riverside, California.

## CONTINUING EDUCATION

* Society of Automotive Engineers (SAE), 58th Annual STAPP Car Crash Conference, Evaluation of Axonal Strain as a Predictor of Mild Traumatic Brain Injuries Using Finite Element Modeling, Dynamic Responses of Impact Post Mortem Human Surrogates from Interior to Superior Loading at the Pelvis, Head Injury Biomechanics, Thorax Injury Biomechanics, Abdomen Injury Biomechanics, Lower Extremity Biomechanics, Spine Injury Biomechanics, Injury Criteria and Motor Vehicle Regulations, Ocupant Kinematics in Laboratory Rollover Tests. November 10-12, 2014. San Diego, California.

* Accident Reconstruction Network (ARC) & Collision Safety Institute (CSI) Crash Conference, Reconstruction Techniques for Analyzing Low Delta-V Crashes, HVEDR; New Engines, New Software, New Coverage, Human Fatigue & 1 Big Risk to Driver Performance, Motorcycle Sliding Friction, Conspicuity & Visibility: Issues & Testing, Wheel Slip & It's Effect on Reported Vehicle Speed. June 3-4, 2014. Palace Station; Las Vegas, Nevada.

* Accident Reconstruction Network (ARC) & Collision Safety Institute (CSI) Crash Conference, Damage, Energy and Computer Simulations, Braking Systems for Passenger Cars and Light Trucks, Reliability of Crash Triggered Video and Data Recorders for Accident Reconstruction, Advances in Forensic Photography for Crash Investigations, Motorcycle Crash Case Study and Envolving Motorcycle Technologies. May 14-16, 2013. Palace Station, Las Vegas, Nevada.

* California Association of Accident Reconstruction Specialists (CAARS), Motorcycle: Reconstruction/Investigation, Crash Tests, Glance Patterns, Rider Braking Behavior, Slide Data, Inspections, Motorcycle Lane Sharing. November 1 - 3, 2012. Reno, Nevada.

* California Association of Accident Reconstruction Specialists (CAARS), Auto-Pedestrian Crash Reconstruction, Determining the Area Of Impact. August 30, 2012. Orange County, California.

* Accident Reconstruction Network (ARC) & Collision Safety Institute (CSI) Crash Conference, Hybrid Vehicles and EDR Data, Seat Belt Analysis, ECM Data in Reconstruction, Low Speed Collisions and Biomechanics, Establishing Speed Limits. June 5 - 7, 2012. Palace Station; Las Vegas, Nevada.

* California Association of Accident Reconstruction Specialists (CAARS), Safety Restraint Systems and the Airbag Control Moduie. October 20, 2011. Anaheim Sheraton; Anaheim, California.

* Accident Reconstruction Network (ARC) & Collision Safety Institute (CSI) Crash Conference, Intersection Collisions, Applications of GPS, Roadway Design, Momentum/PDOF/Delta-V, Auto-Pedestrian, and Human Factors. May 24 - 25, 2011. Palace Station; Las Vegas, Nevada.

BIOMECHANICAL ENGINEERING     •     ACCIDENT RECONSTRUCTION     •     SLIP/TRIP AND FALLS

\*      Accident Reconstruction Network (ARC) & Collision Safety Institute (CSI) Crash Conference, Accelerometers, Motorcycle Accident Reconstruction, Low Speed Analysis, Equations, Commercial Vehicle Inspections, Speed and Acceleration from Video. May 24 - 27, 2010. Palace Station; Las Vegas, Nevada.

\*      California Association of Accident Reconstruction Specialists (CAARS), Accident Reconstruction & Biomechanical Analysis of Pedestrian Collisions (Perception/Reaction, Acceleration and Walking Speeds, Injuries/Mechanisms). May 19, 2010. Riverside Police Department; Riverside, California.

\*      Orange County Traffic Investigators Association, Auto Sketch. March 29 – 31, 2010. Irvine Police Department; Irvine, CA

\*      Southwestern Association of Technical Accident Investigators, Inc. (SATAI), Aftermarket Components and the EDR, Vehicle Stiffness Calculations/Data, Black Boxes. November 26-27, 2009. Humphrey's; San Diego, California.

\*      California Association of Accident Reconstruction Specialists (CAARS), Traffic Signals, Auto-Pedestrian & Auto-Bicycle Accident Investigation & Reconstruction, Validation & Testing Searle Formulae. October 1-3, 2009. Anaheim Sheraton; Anaheim, California.

\*      Accident Reconstruction Network (ARC) & Collision Safety Institute (CSI) Crash Conference, Commercial Vehicle Dynamics & Air Brakes, Motorcycle Braking, Vehicle Speed From Video, Nighttime Response, Forensic: Optics, Lighting and Visibility. June 1-4, 2009. Palace Station; Las Vegas, Nevada.

\*      San Diego County Collision Investigators Association (SDCCIA), Motorcycle Collision Reconstruction Workshop. May 15, 2009. San Diego, California.

\*      California Motorcyclist Safety Program (CMSP), Experienced *RiderCourse.* April 26, 2009. Palomar College; San Marcos, California.

\*      Southwestern Association of Technical Accident Investigators, Inc. (SATAI), Critical Speed Yaw, Pole/Narrow Object Impacts, Rotational Mechanics, Analysis of Airborne Vehicles. October 31 - November 1, 2008. Humphrey's; San Diego, California.

\*      California Association of Accident Reconstruction Specialists (CAARS), Vehicle Component Inspection (Suspension System, Vehicle Lamps, Tires, Brakes, Steering System), CDR Update. August 20, 2008. Santa Ana, California.

\*      California Association of Accident Reconstruction Specialists (CAARS), Pedestrian Accident Reconstruction, Nighttime Visibility, Commercial Vehicle Accident Reconstruction, Low Speed Collisions. October 18-19, 2007. Sheraton; Anaheim, California.

\*      Southwestern Association of Technical Accident Investigators, Inc. (SATAI), Truck Brake Issues and Conspicuity. November 3, 2006. Humphrey's; San Diego, California.

\*      Collision Safety Institute (CSI), Crash Data Retrieval (CDR) Technician Course & Data Analyst Certification. August 7 - 10, 2006. Vallejo, California.

\*      California Association of Accident Reconstruction Specialists (CAARS), Traffic collision Photography. Digital photography of scene, evidence, and injury. June 12, 2006. Riverside, California.

* Institute of Police Technology and Management (IPTM), <u>Motorcycle Crash Investigation.</u> Crash analysis and testing. March 27 – 31, 2006. Orange, California.

* Collision Safety Institute (CSI), <u>Collision Trauma Biomechanics.</u> March 6 – 10, 2006. North Las Vegas, Nevada.

* Accident Reconstruction Network (ARC) & Collision Safety Institute (CSI) Crash Conference, <u>Damage and Energy, Pedestrian Crash Reconstruction Methodologies, Pedestrian Crash Injuries.</u> June 9, 2005. Palace Station; Las Vegas, Nevada.

* Southwestern Association of Technical Accident Investigators, Inc. (SATAI), <u>Commercial Vehicle.</u> November 5, 2004. Humphrey's; San Diego, California.

* California Association of Accident Reconstruction Specialists (CAARS), <u>Motorcycle Investigation and Reconstruction, Motorcycle Crash Testing, Helmet & Injury Analysis.</u> October 28-30, 2004. Flamingo Resort Hotel; Santa Rosa, California.

* Accident Reconstruction Network (ARC) & Collision Safety Institute (CSI) Crash Conference, <u>Evaluating Crashes for Injury Potential, Human Subject Crash Testing, Injury Potential and Occupant Kinematics, Epidemiology, Black Box Technology, Seat Belt Injuries.</u> June 19-20, 2004. Palace Station; Las Vegas, Nevada.

* Accident Reconstruction Network (ARC) & Collision Safety Institute (CSI) Crash Conference, <u>Collision Trauma Biomechanics, Low Speed Analysis and Biomechanics, New Version CDR System.</u> June 11, 2003. Palace Station; Las Vegas, Nevada.

* Society of Automotive Engineers (SAE), <u>Passenger Vehicle Rollover TOPTEC: Causes, Prevention and Injury Prevalence, Biomechanics of Neck Injuries, Reconstruction of Rollover Accidents, Occupant Kinematics during Rollover.</u> April 22-23, 2002. Chaparral Suites; Scottsdale, Arizona.

* Southwestern Association of Technical Accident Investigators, Inc. (SATAI), <u>Human Factors & Ergonomics in Accident Reconstruction, Commercial Vehicle Brake Performance, Vehicles in Transitional Yaws.</u> March 8-9, 2002. Circus Circus; Las Vegas, Nevada.

* California Association of Accident Reconstruction Specialists (CAARS), <u>Injury Mechanisms During Motor Vehicle Collisions.</u> February 20, 2002. Anaheim Police Department; Anaheim California.

* Southwestern Association of Technical Accident Investigators, Inc. (SATAI), <u>Crush, Black Box Data Retrieval, Air Bag Technology.</u> November 16-17, 2001. Humphrey's; San Diego, California.

* Consumer Attorneys Association of Los Angeles (CAALA), <u>Biomechanical Analysis of Traumatic Spinal Injuries.</u> September 7, 2001. The Venetian Hotel & Casino; Las Vegas, Nevada.

* Southwestern Association of Technical Accident Investigators, Inc. (SATAI), <u>Biomechanics in Rollover Collisions, Forensic Mapping.</u> July 13, 2001. Embassy Suites Hotel; Tempe, Arizona.

* Southwestern Association of Technical Accident Investigators, Inc. (SATAI), <u>Low Speed Impacts, Pedestrian Accident Reconstruction, Traffic Signal Timing.</u> November 5-6, 1999. Humphrey's; San Diego, California.

BIOMECHANICAL ENGINEERING    •    ACCIDENT RECONSTRUCTION    •    SLIP/TRIP AND FALLS

* University of California-San Diego (UCSD), School of Medicine, Continuing Medical Education, Accidental Injury; Biomechanics & Prevention. October 23-24, 1999. UCSD School of Medicine; La Jolla, California.

* Lawyers & Judges Publishing Company (L&J), Inc., Low-Speed Accident Reconstruction and Litigation Seminar. October 22, 1999. SunSpree Resort; Scottsdale, Arizona.

* California Association of Accident Reconstruction Specialists (CAARS), First Annual Training Conference. Speed from Crush, Black Box Technology. October 15-16, 1999. Concord Hilton; Concord, California.

* Wayne State University (WSU) School of Medicine & The Society of Automotive Engineers (SAE), International Symposium WHIPLASH '98 Conference. November 5-6, 1998. The Buttes Conference Resort Center; Tempe, Arizona.

* Society of Automotive Engineers (SAE), 42nd Annual STAPP Car Crash Conference. November 2-4, 1998. The Buttes Conference Resort Center; Tempe, Arizona.

* Society of Automotive Engineers (SAE), San Diego Chapter's Monthly Forum. Airbags and Biomechanics. January 29, 1998. San Diego, California.

* University of California-Riverside (UCR), 40-hrs classroom lecture, 17 Empirical Low Velocity Rear-end and Frontal Crash Tests with Human Volunteers. November 17-21, 1997. Riverside, California.

* Society of Automotive Engineers (SAE), 39th Annual STAPP Car Crash Conference. November 8-10, 1995. San Diego, California.

## EXPERIENCE

Expert testimony in arbitration, deposition, and trial, or have been retained as a Biomechanical Forensic Expert, Accident Reconstruction Expert and/or Slip/trip-and-Fall Expert in the following states:

| | | | | | |
|---|---|---|---|---|---|
| Alabama | Alaska | Arizona | California | Colorado | Connecticut |
| Florida | Georgia | Hawaii | Idaho | Illinois | Iowa |
| Kansas | Kentucky | Louisiana | Maryland | Michigan | Massachusetts |
| Mississippi | Missouri | Montana | Nebraska | Nevada | New Hampshire |
| New Jersey | New Mexico | New York | N. Carolina | Ohio | Oklahoma |
| Oregon | Pennsylvania | Rhode Island | S. Carolina | Tennessee | Texas |
| Utah | Washington | West Virginia | | | |

Case presentation requires the portrayal of technically demanding biomechanical and engineering issues to be set forth in an easy and comprehensible manner.

## RELEVANT INTERESTS

- Forty-one (41) years motorcycle riding experience.
- Thirty-one (31) years of Class-"M" motorcycle licensure.
- Active member and contributor of several motorcycle and automotive User Groups.
- Automotive enthusiast and part time tuner.

- Avid motorcycle enthusiast and part time builder. Partial list of current/previous motorcycle ownership:
    - 2014 Polaris RZR 1000 (UTV)
    - 2012 Polaris RZR 900 (UTV)
    - 2009 Polaris RZR 800 (UTV)
    - 2008 Kawasaki GTR1400 (Sport-Touring)
    - 2007 Yamaha YFZ 450 (Quad/ATV)
    - 2007 Yamaha Raptor 700R (Quad/ATV)
    - 2006 Suzuki M109R (Cruiser)
    - 2006 Yamaha Raptor 700 (Quad/ATV)
    - 2005 Honda CRF 450X (Dirt-Distance)
    - 2005 Honda TRX400EX (Quad/ATV)
    - 2004 Honda GL1800 Goldwing (Touring)
    - 2004 Honda CRF 450R (Dirt-Racing)
    - 2004 Honda ST1300 (Sport-Touring)
    - 2002 Honda CR250R (Dirt-Racing)
    - 2001 Yamaha Banshee 350 (Quad/ATV)
    - 1998 Honda ST1100 (Sport-Touring)
    - 1996 Honda XR250L (Dirt)
    - 1986 Honda VFR750 (Sport)
    - 1985 Yamaha FJ1100 (Sport)
    - 1983 Honda VF750 (Sport)
    - 1981 Suzuki GS550 (Sport)
    - 1973 Yamaha RD350 (Sport)

# EXHIBIT 2

# VANDERPOL & ASSOCIATES, INC.

**FORENSIC CONSULTING**   7165 OBELISCO CIRCLE · CARLSBAD, CA 92009-6522
TELEPHONE (760) 931-9100 · FACSIMILE (760) 931-9644

CASE #6936

June 29, 2015

Nelson & Rozier
ATTN:      John L. Rozier, Esq.
3924 West Caldwell, Suite A
Visalia, CA 93277-9249

RE:          **ANGEL KEITH TOSCANO**
Date of Loss:       8/23/13

## ACCIDENT RECONSTRUCTION ANALYSIS

I was asked to review records concerning a bicycle/motor-vehicle accident that occurred 8/23/13. More specifically, I was asked to perform an accident reconstruction analysis. To assist in the analysis, I was provided with, and/or obtained the following records:

- Several California Traffic Collision Reports and MAIT Report
- Color digital photographs taken at the accident scene
- Color digital photographs of Angel Toscano
- Color digital photographs of the subject 2008 Dodge Charger
- GPS and Speed data from the subject 2008 Dodge Charger
- Expert Auto Stats data concerning the subject 2008 Dodge Charger
- Mitchell Estimating Guide data concerning the subject 2008 Dodge Charger
- VIN-link data concerning the subject 2008 Dodge Charger
- Weather history and altitude and azimuth data of the sun at the location of this incident for 8/23/13
- Satellite aerial and ground view images of the accident location
- Statements from:
    o Destiny Hernandez
    o Maria Orsot
- Depositions from:
    o Brandon Lyon
    o Kenneth Webb

BIOMECHANICAL ENGINEERING · ACCIDENT RECONSTRUCTION · SLIP/TRIP & FALLS

PRELIMINARY OPINIONS

- Mr. Lyon testified that he was off the accelerator and about to press the brake when he saw Mr. Toscano begin to fall. At this time, Mr. Lyon was travelling approximately 19 mph and following Mr. Toscano at approximately 5' feet (potentially 2' feet between Mr. Lyon's bumper and the bike's rear tire as Mr. Toscano's body was approximately 3' feet in front of his rear tire). Given a conservative perception/reaction (P/R) time of approximately 1.5 seconds, the total travel distance to stop would have been approximately 68' feet. This 68' feet would have been a prudent pursuit distance given the speed Mr. Lyon was driving behind Mr. Toscano.

- Mr. Lyon was pursuing Mr. Toscano at approximately the same speed as Mr. Toscano was riding his bike (approximately 14-21 mph) and following at a distance of proximity (5'-10' feet) for the 12 seconds leading up to impact, based on:
  - o The Automatic Vehicle Location data (AVL data) showing the speed and GPS path of travel of Mr. Lyon
  - o The physical roadway evidence noted in the MAIT report and photographs showing the path of travel of Mr. Toscano's bike relative to Mr. Lyon's path of travel. Mr. Lyon was essentially tracking Mr. Toscano's path (see below)



  - o The sworn testimony of Mr. Lyon as to his position (talking to Mr. Toscano) while driving southbound on N. Glenn Ave. NOTE: Mr. Lyon pursued Mr. Toscano for a total travel distance of approximately 1200' feet, where the pursuit ended down a narrow confined alley. Mr. Toscano was clutching his chest and his feet were slipping off the pedals prior to impact. Mr. Toscano stood approximately 5' 7" in height and weighed approximately 210 lbs.

- Following the impact between the left side of the front bumper guard of Mr. Lyon's 2008 Dodge Charger and the rear tire of Mr. Toscano's GT bike, the Dodge travelled approximately 54.4' feet, based on:
  - o The photographic evidence showing the bicycle tire contact marks relative to the front of the 2008 Dodge Charger

2

- o The photographic evidence showing the bicycle rear tire side-slip between evidence markers 66 and 67
- o The photographic evidence showing the post-impact rest position of the Dodge
- o The physical dimensions of the 2008 Dodge Charger

- Knowing that more than 50% of bike pursuits result in a foot pursuit, Mr. Lyon's expected that Mr. Toscano would to get off his bike to run on foot prior to the accident. This fact, coupled with Mr. Lyon's knowledge of the dangers of following too close and too fast should have prevented him from pursuing Mr. Toscano at such a close distance. In addition to what was noted in the MAIT report, Mr. Lyon would have also been in violation of CVC 21703 Following Too Closely:

  - o *"21703. The driver of a motor vehicle shall not follow another vehicle more closely than is reasonable and prudent, having due regard for the speed of such vehicle and the traffic upon, and the condition of, the roadway.*
  - o Mr. Lyon claims that just prior to impact he eased up or released the accelerator pedal because he had seen Mr. Toscano begin to fall as he was approximately 5' behind him. Mr. Lyon testified that he intended to keep the 5' follow distance due to Mr. Toscano's previous attempt to get off the bike.
  - o Mr. Lyon's sworn testimony that he knew following a bicycle at 19 mph within 5' was dangerous to the bicyclist (30). Yet, Mr. Lyon does not believe he could have done anything to prevent harm to Mr. Toscano (30)

- Mr. Lyon claims to have been travelling "very slow" (19) as he was following Mr. Toscano southbound on N. Glenn Ave. However, AVL data shows that he was travelling up to 43 mph.

- Mr. Lyon's testimony that he opened his door to exit his vehicle as Mr. Toscano was about to get off his bike is inconsistent with the Automatic Vehicle Location data (AVL data), based on:
  - o Had Mr. Lyon attempted to exit his vehicle with his door open, he would have had to essentially jump out of his car and run full speed, 14 mph (approximately equivalent to a 4 minute mile), while still having his vehicle in drive
    - ▪ The time/distance between Mr. Lyon's attempt to exit his vehicle and impact is approximately 5-6 seconds and approximately 150' feet.

3

- Immediately prior to impact, Mr. Toscano was not in the process of falling off his bicycle at the noted 60-degree angle. The physical evidence shows that Mr. Toscano was upright at approximately 90 degrees when he was bumped by Mr. Lyon. Subsequent to this contact Mr. Toscano fell to his right as the bicycle's rear tire left near vertical to near horizontal front bumper striations, based on:
  - The photographic evidence showing the vertical bike tire striations on the lower horizontal front bumper guard relative to the near vertical to near lateral striations on the bumper cover and lower front valance (see images below)





4



The opinions expressed are based on a reasonable degree of engineering and accident reconstruction certainty. Please refer to my curriculum vitae for specifics concerning my background, experience, training, and empirical crash testing as it relates to the subject forensic analysis. I reserve the right to reevaluate my conclusions if additional information relative to the facts of this case become available. Thank you for allowing me to be of assistance.

Eugene Vander Pol II, B.C.F.E., M.S.M.E., A.C.T.A.R., P.E.
Principal and Senior Consultant for Vanderpol & Associates, Inc.

6936

5