JOHN L. ROZIER – SBN 103059
NELSON & ROZIER
3924 West Caldwell Avenue, Suite A
Visalia, CA  93277
Telephone: (559) 713-0159
Facsimile: (559) 713-0166

Attorneys for Plaintiffs,
ANGEL KEITH TOSCANO, JR., individually
and as successor-in-interest to Angel
Keith Toscano, deceased;
STEVEN WADE TOSCANO, individually and as
successor-in-interest to Angel Keith
Toscano, deceased, by his mother and
Guardian Ad Litem, KIMBERLY HENSON;
KIMBERLY HENSON as successor-in-interest
to heir COLE TOSCANO, now deceased

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

ANGEL KEITH TOSCANO, JR.,
individually and as successor-
in-interest to Angel Keith
Toscano, deceased; STEVEN WADE
TOSCANO, individually and as
successor-in-interest to Angel
Keith Toscano, deceased, by his
mother and Guardian Ad Litem,
KIMBERLY HENSON; KIMBERLY
HENSON as successor-in-interest
to heir COLE TOSCANO, now
deceased; ANTHONY KEITH
TOSCANO, JULIAN MATTHEW
TOSCANO, ANGEL INFINITY
TOSCANO, and JIMMY LEE LONG,
minors, by and through their
Guardian Ad Litem, SYLVIA
MORENO

    Plaintiffs,

vs.

CITY OF FRESNO, a municipal
corporation; JERRY DYER,
individually and in his
capacity as Chief of Police for

CASE NO. 1:13-cv-01987-SAB

**STIPULATION FOR DISMISSAL OF
CHIEF JERRY DYER AND OFFICER
KENNETH WEBB WITH PREJUDICE
FROM THIS ACTION ENTIRELY AND
DISMISSAL OF THE CITY OF FRESNO
AS TO THE Monell CLAIMS ONLY**

the City of Fresno; OFFICER          )
JAMES LYON; OFFICER KENNETH           )
WEBB; and DOES 1 through 50,          )
inclusive,                            )
                                      )
              Defendants.             )
_____)

     Pursuant to the provisions of Fed.R.Civ.P. 41(a)(1), the

parties, by and through their respective counsel, hereby stipulate

that CHIEF JERRY DYER and OFFICER KENNETH WEBB be dismissed with

prejudice from this action entirely and that the CITY OF FRESNO be

dismissed as to the Monell claims ONLY, with the parties bearing

their own costs and attorney's fees.

     IT IS SO STIPULATED.

Dated: July 13, 2015            NELSON & ROZIER


                                By /S/JOHN L. ROZIER
                                   John L. Rozier, Attorneys for
                                   Plaintiffs, ANGEL KEITH TOSCANO,
                                   JR., individually and as
                                   successor-in-interest to Angel
                                   Keith Toscano, deceased; STEVEN
                                   WADE TOSCANO, individually and
                                   as successor-in-interest to
                                   Angel Keith Toscano, deceased,
                                   by his mother and Guardian Ad
                                   Litem, KIMBERLY HENSON; KIMBERLY
                                   HENSON as successor-in-interest
                                   to heir COLE TOSCANO, now
                                   deceased

///

NELSON & ROZIER
3924 W CALDWELL
SUITE A
VISALIA CA

1  Dated: July 14, 2015            GOLDBERG & IBARRA

2

3                                  By /S/RUSSELL C. SAHLIN
                                      Russell C. Sahlin, Attorneys for
4                                     Plaintiffs, ANTHONY KEITH
                                      TOSCANO, JULIAN MATTHEW TOSCANO,
5                                     ANGEL INFINITY TOSCANO, and
                                      JIMMY LEE LONG, minors, by and
6                                     through their Guardian Ad Litem,
                                      SYLVIA MORENO
7

8

9                       **ORDER OF DISMISSAL**

10      CHIEF JERRY DYER and OFFICER KENNETH WEBB are dismissed with

11  prejudice from this action entirely and the CITY OF FRESNO is

12  dismissed as to the Monell claims ONLY, with the parties bearing

13  their own costs and attorney's fees.

14

15

16  IT IS SO ORDERED.

17  Dated:  **July 15, 2015**      _____

18                                  UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

3