# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL KEITH TOSCANO, JR., et al., | Case No. 1:13-cv-01987-SAB |
| Plaintiffs, | ORDER REQUIRING PARTIES TO FILE STATUS REPORT EVERY NINETY DAYS |
| v. | (ECF No. 73) |
| CITY OF FRESNO, et al., | |
| Defendants. | |

This action has been stayed due to Defendants' appeal of the the order denying qualified immunity. On February 5, 2016, the parties filed a joint status report regarding the pendency of the appeal. The parties shall continue to file status reports every ninety days until resolution of the appeal.

IT IS SO ORDERED.

Dated: __**February 8, 2016**__

_____
UNITED STATES MAGISTRATE JUDGE