# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL KEITH TOSCANO, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, et al.,<br><br>Defendants. | Case No.  1:13-cv-01987-SAB<br><br>ORDER REQUIRING PARTIES TO FILE STATUS REPORT BY AUGUST 15, 2016 |

On July 31, 2015, Defendant Lyon filed a notice of appeal of the Court's order denying qualified immunity in this action.  On November 20, 2016, this action was stayed.  On February 8, 2016, the parties were ordered to file a status report every ninety days.  A joint status report was filed on May 4, 2016.  Therefore, the next status report was due on August 4, 2016.  No status report has been filed in this action.

Accordingly, IT IS HEREBY ORDERED that the parties shall file a status report by August 15, 2016.

IT IS SO ORDERED.

Dated:  **August 9, 2016**

UNITED STATES MAGISTRATE JUDGE

1