# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL KEITH TOSCANO, JR., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, et al.,<br><br>Defendants. | Case No. 1:13-cv-01987-SAB<br><br>ORDER REQUIRING PARTIES TO FILE STATUS REPORT ON OR BEFORE NOVEMBER 28, 2016 |

On July 31, 2015, Defendant Lyon filed a notice of appeal of the Court's order denying qualified immunity in this action. On November 20, 2016, this action was stayed. On February 8, 2016, the parties were ordered to file a status report every ninety days. A joint status report was filed on August 12, 2016, and therefore, the next status report was due on November 10, 2016. However, the parties did not file a status report. The Court notes that the parties were also late in filing their last status report.

Accordingly, IT IS HEREBY ORDERED that the parties shall file a status report on or before November 28, 2016.

IT IS SO ORDERED.

Dated:   **November 18, 2016**

UNITED STATES MAGISTRATE JUDGE

1