# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL KEITH TOSCANO, JR., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF FRESNO, et al.,<br><br>  Defendants. | Case No.  1:13-cv-01987-SAB<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR  MINOR PLAINTIFFS ANTHONY KEITH TOSCANO, JULIAN MATTHEW TOSCANO, ANGEL INFINITY TOSCANO, AND JIMMY LEE LONG'S FAILURE TO COMPLY WITH THE DECEMBER 14, 2016 ORDER<br><br>JANUARY 13, 2017 DEADLINE |

This action is brought by Plaintiffs Angel Keith Toscano, Jr., the decedent's oldest child on his own behalf; Steven Wade Toscano, a minor, decedent's third oldest child, through his guardian ad litem Kimberly Henson; Kimberly Henson as successor in interest to Cole Toscano, deceased, who was decedent's second eldest child and a minor at the time of the incident; Anthony Keith Toscano, a minor, decedent's natural child, through his guardian ad litem Sylvia Moreno; Julian Matthew Toscano, a minor, decedent's natural child, through his guardian ad litem Sylvia Moreno; Angel Infinity Toscano, a minor, decedent's natural child, through his guardian ad litem Sylvia Moreno; and Jimmy Lee Long, a minor, decedent's ward, through his guardian ad litem Sylvia Moreno.  (ECF No. 19 at ¶ 2.)

On December 1, 2016, an order issued ordering the parties to file dispositional documents within sixty days.  (ECF No. 80.)  On December 8, 2016, Plaintiff Steven Wade Toscano filed a petition for minor's compromise.  (ECF No. 81.)

1

1     On December 14, 2016, the Court disregarded Steven Wade Toscano's petition for minor's compromise filed on December 8, 2016.  (ECF No. 82.)  The Court also advised Plaintiff that in the Eastern District the minor's compromise is addressed by Local Rule 202(b) which states that "[n]o claim by or against a minor or incompetent person may be settled or compromised absent an order by the Court approving the settlement or compromise."  The Court also noted that there are claims of five minors that are proceeding in this action and only one minor had filed a petition for minor's compromise.  The Court ordered the minor Plaintiffs in this action to file a petition for minor's compromise that complies with Local Rule 202 within fourteen (14) days of the date of service of the order.  Therefore, the minor Plaintiffs' petitions for minor's compromise were due on January 3, 2017.

    On December 28, 2016, Plaintiff Steven Wade Toscano filed a petition for minor's compromise. (ECF No. 83.)  The other four minor Plaintiffs, Anthony Keith Toscano, Julian Matthew Toscano, Angel Infinity Toscano, and Jimmy Lee Long, did not file a petition for minor's compromise in compliance with the Court's December 14, 2016 order, or otherwise respond to the Court's December 14, 2016 order.

    Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court."  The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Accordingly, IT IS HEREBY ORDERED that minor Plaintiffs Anthony Keith Toscano, Julian Matthew Toscano, Angel Infinity Toscano, and Jimmy Lee Long shall show cause no later than **January 13, 2017**, why sanctions should not be imposed for failure to comply with the December 14, 2016 order.  **Plaintiffs are forewarned that the failure to show cause may result in the imposition of sanctions, including the dismissal of this action**.

IT IS SO ORDERED.

Dated:   **January 5, 2017**

UNITED STATES MAGISTRATE JUDGE