# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL KEITH TOSCANO, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FRESNO, et al., <br><br> Defendants. | Case No. 1:13-cv-01987-SAB <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE AND CONTINUING HEARING ON PETITIONS FOR MINORS' COMPROMISE <br><br> (ECF Nos. 84, 85) |

**I.**

**RELEVANT BACKGROUND**

On December 1, 2016, an order issued lifting the stay in this action and directing the parties to file dispositive documents on or before January 27, 2017. On December 8, 2016, Plaintiff Steven Wade Toscano filed a petition for minor's compromise. Upon review of the petition it was found to be insufficient and the minor plaintiffs were directed to file a petition for minor's compromise within fourteen days of December 14, 2016. On December 28, 2016, Plaintiff Steven Wade Toscano filed a petition for minor's compromise setting the hearing on the motion for the motion on August 18, 2017.

When the remaining minors did not file a timely petition and an order issued on January 5, 2017 requiring them to show cause why sanctions should not issue for the failure to comply with the December 14, 2016 order. On January 13, 2017, a response to the January 5, 2017 order to show cause was filed and minors Anthony Keith Toscano, Angel Infinity Toscano, and Julian Matthew Toscano filed petitions to approve compromise setting the hearing on the petitions for

1

February 1, 2017.

## II.

## DISCUSSION

Plaintiffs' counsel submits a declaration stating that he had calendared the final filing date to file the dispositive documents in this action for January 30, 2017, and did not realize that the December 14, 2016 order changed this date. However, the December 1, 2106 order required the dispositive documents to be filed within sixty days. Dispositive is to bring about the final determination of the case, which is the dismissal of the case pursuant to the settlement. See DISPOSITIVE, Black's Law Dictionary (10th ed. 2014). In the Court's mind the petition for minor's compromise is not the dispositive document. It is the preliminary step to have the dispositive document filed. The dispositive document is that document which disposes of the action, actually closing the action. For this reason, the Court ordered that the petitions for minors' compromise be filed so that a decision could be rendered on them in order for the dispositive documents to be filed by the deadline established in the December 1, 2016 order. The court will discharge the order to show cause, but cautions counsel to use more care in the future in complying with court orders.

Further, pursuant to Local Rule 202(b)(2), all petitions for compromise shall be filed and calendared pursuant to Local Rule 230. Local Rule 230 provides that a motion must be noticed and heard no less than twenty-eight days after service and filing of the motion. L.R. 230(b). Neither the December 28, 2016, nor the January 13, 2017, petitions noticed the hearings in compliance with the timing requirement in Rule 230. Accordingly, the hearings on the petitions for minors' compromise shall be continued to February 15, 2017, and the deadline for the parties to file dispositive documents shall be extended to allow time to address the petitions.

## III.

## CONCLUSION AND ORDER

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The order to show cause issued January 5, 2017 is discharged;

2. The hearing on Plaintiff Steven Wade Toscano's petition for minor's compromise

shall be continued to February 15, 2017 at 10:00 a.m. in Courtroom 9;

3. The hearing on Plaintiffs' Anthony Keith Toscano, Angel Infinity Toscano, and Julian Matthew Toscano petitions to approve minor's compromise shall be continued from February 1, 2017, to February 15, 2017, at 10:00 a.m. in Courtroom 9; and

4. The parties shall file dispositive documents in this action within thirty days from the date of entry of an order approving the minors' compromise.

IT IS SO ORDERED.

Dated: **January 13, 2017**

UNITED STATES MAGISTRATE JUDGE