# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL KEITH TOSCANO, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FRESNO, et al., <br><br> Defendants. | Case No.  1:13-cv-01987-SAB <br><br> ORDER REQUIRING PETITIONER STEVEN WADE TOSCANO TO FILE FEE AGREEMENT WITHIN FIVE DAYS <br><br> (ECF No. 83) |

On January 17, 2017, Plaintiff filed an amended petition for minor's compromise.  The petition states that the attorney fee agreement is attached as Attachment 18a, however no such attachment is included in the petition.  Accordingly, with five (5) days of the date of service of this order, Plaintiff shall file a copy of the attorney fee agreement and itemization of the expenses incurred in this action.

IT IS SO ORDERED.

Dated:   **January 24, 2017**

UNITED STATES MAGISTRATE JUDGE

1