# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL KEITH TOSCANO, JR., et al., | Case No. 1:13-cv-01987-SAB |
| Plaintiffs, | ORDER REQUIRING MINOR PLAINTIFFS TO SUPPLEMENT PETITION |
| v. | DEADLINE: February 6, 2017 |
| CITY OF FRESNO, et al., | |
| Defendants. | |

The minor Plaintiffs in this action have filed petitions for minor's compromise. On January 25, 2017, an order issued requiring Plaintiff Steven Wade Toscano to supplement his petition by filing a copy of the fee agreement and itemization of expenses incurred in this action. Plaintiff Steven Wade Toscano filed a copy of the fee agreement, but did not address the expenses incurred in this action.

Upon review of the petitions filed by the minors, the parties stated the total amount of expenses but did not list the items, payees or amounts of expenses as set forth on the form itself. (See for example ECF No. 88 at 9.) Each of the minor plaintiffs shall be required to supplement their petition to address the specific expenses to be reimbursed from the proceeds of the settlement.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that Steven Wade Toscano, Anthony Keith Toscano, Angel Infinity Toscano, and Julian Matthew Toscano shall file a supplement to address the expenses incurred in this action on or before February 6, 2017.

IT IS SO ORDERED.

Dated: **February 3, 2017**

UNITED STATES MAGISTRATE JUDGE