# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL KEITH TOSCANO, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FRESNO, et al., <br><br> Defendants. | Case No. 1:13-cv-01987-SAB <br><br> ORDER VACATING FEBRUARY 15, 2017 HEARING ON PETITION FOR MINOR'S COMPROMISE AND REQUIRING PLAINTIFF STEVEN WADE TOSCANO TO FILE AMENDED PAYOUT AMOUNTS FOR ANNUITY BASED ON CORRECTED NET BALANCE <br><br> FOURTEEN DAY DEADLINE |

The minor plaintiffs in this action have filed petitions for compromise of the minors' claims. The Court, having reviewed the record, finds these matters suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the previously scheduled hearing set on February 15, 2017 will be vacated and the parties will not be required to appear at that time.

Upon review of the petitions, the net settlement to Steven Wade Toscano was incorrectly set forth as $52,448.92 in the September 6, 2017 supplement to approve compromise of pending action for Steven Wade Toscano. (ECF No. 96.) Based on the petition, Steven Wade Toscano shall receive a gross settlement amount of $75,000.00. From this amount, attorney fees of $17,082.75 and costs of $5,468.25 will be deducted. This provides for a net settlement of $52,449.00 for Steven Wade Toscano.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing set for February 15, 2017 is VACATED and the parties are not required to appear at that time; and

2. Within fourteen days from the entry of this order, Steven Wade Toscano shall file an amended annuity payout based on the net settlement amount of $52,449.00.

IT IS SO ORDERED.

Dated: **February 9, 2017**

UNITED STATES MAGISTRATE JUDGE